IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY § <br> as subrogee of NORTH TEXAS ANNUAL § <br> CONFERENCE OF THE UNITED § <br> METHODIST CHURCH, INC. § <br> and FIRST UNITED METHODIST § <br> CHURCH OF SULPHUR SPRINGS § <br>     Plaintiffs, § <br> v. § <br> § <br> JIM HANKINS d/b/a RBS ROOFING § <br>     Defendant. § | CASE NO. 4:14cv156 |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 23, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Entry of Default Judgment (Dkt. 11) be GRANTED and that final default judgment be entered for Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Entry of Default Judgment (Dkt. 11) is GRANTED and a final default judgment shall be entered for Plaintiff.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE